UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MARK NORRIS, | ) | |
| | ) | Case No. 1:22-cv-266 |
| *Petitioner*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| UNITED STATES BUREAU OF PRISONS, | ) ) | |
| | ) | |
| *Respondent.* | ) | |

## MEMORANDUM OPINION

Petitioner, a federal inmate housed in the Manchester Federal Correctional Institution, has filed a petition for relief pursuant to 28 U.S.C. § 2241 regarding his sentence (Doc. 1).  For the reasons set forth below, the Court will **TRANSFER** this action to the United States District Court for the Eastern District of Kentucky.

While Petitioner named the United States Bureau of Prisons as Respondent herein, the proper Respondent is Petitioner's current custodian.  *See* 28 U.S.C. § 2242 (providing that a habeas petition shall name as the respondent "the person who has custody over" the petitioner). Therefore, a § 2241 petition must be filed in the district having jurisdiction over the petitioner's custodian.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004).  Because this Court does not have jurisdiction over Petitioner's custodian at the Manchester Federal Correctional Institution, which is in Clay County, Kentucky, it lacks jurisdiction to consider this petition.

Instead, jurisdiction for this action lies in the United States District Court for the Eastern District of Kentucky.  *See* 28 U.S.C. § 97(a).  Accordingly, the Court finds that the interests of justice require that this action be transferred to that District.  *See* 28 U.S.C. § 1631 ("Whenever a

civil action is filed in a court . . . and that court finds that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed").

Accordingly, the Clerk will be **DIRECTED** to **TRANSFER** this action to the United States District Court for the Eastern District of Kentucky for further disposition and to **CLOSE** this case.

**AN APPROPRIATE JUDGMENT SHALL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**